WADE v. DAY.

No. 6074.    Opinion Filed February 15, 1916.

(162 Pac. 454.)

**APPEAL AND ERROR—Briefs—Rules of Court—Reversal.**    Where plaintiff in error has filed proper brief sustaining his assignment of error and defendant in error has neither filed a brief nor offered any excuse for such failure, the court is not required to search the record to find some theory upon which the judgment of the trial court may be sustained, but may reverse the judgment in accordance with the prayer of the petition in error.

(Syllabus by Watts, C.)

*Error from District Court, Nowata County;*
*T. L. Brown, Judge.*

Action by Harvey E. Wade against Lena Day. Judgment for defendant. Reversed.

*Floyd A. Calvert* and *Chase & Campbell,* for plaintiff in error.

Opinion by WATTS, C.    This case comes from the district court of Nowata county, where the plaintiff in error, plaintiff below, sued the defendant in error, defendant below. From a judgment rendered on the 6th day of September, 1913, in favor of defendant, plaintiff appeals. The record was filed in this court on the 20th day of February, 1914. Plaintiff in error filed briefs September 1, 1915. The defendant in error having failed to file brief and not having sought extension of time in which to file same, the case now being ready for consideration by this court, and the contentions contained in plaintiff in error's brief appearing to be reasonably well taken, the judgment will be reversed.

By the Court:    It is so ordered.